THE STATE OF OHIO, APPELLEE, *v.* PENIX, APPELLANT.

[Cite as *State v. Penix* (1995), 72 Ohio St.3d 246.]

(No. 94–2477—Submitted February 7, 1995—Decided May 24, 1995.)

*Mark A. Ochsenbein,* Jackson County Prosecuting Attorney, and *Timothy E. Forshey,* Assistant Prosecuting Attorney, for appellee.

*Jesse Penix, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.